IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 12-CV-61961-ROSENBAUM/HUNT

MARK S. MAIS,

    Plaintiff,

vs.

UNITED COLLECTION BUREAU, INC.,
CELLCO PARTNERSHIP d/b/a VERIZON
WIRELESS, and LIVEVOX, INC.,

    Defendants.

_____/

## JOINT INTERIM STATUS REPORT

Pursuant to the Scheduling Order and Order of Referral to Mediation [D.E. 9], the parties who have appeared in this action submit the following Joint Interim Status Report:

**a)   Have all defendants been served?  If not, state the reasons.**

All defendants have been served.  Defendants Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless") and LiveVox, Inc. ("LiveVox") were added as a party defendants on or about April 26, 2013.

**b)   Have all defendants responded to the complaint? If not, state the reasons.**

All defendants have responded to the Second Amended Complaint.

**c)   If this is a class-action, has a motion for class certification been filed? If so, what is it status?**

This is not a class action.

**d)   Have the parties agreed on and select a mediator? Have the parties agreed upon a place, date, and time for mediation?**

The Clerk has appointed a mediator in this case.  *See* D.E. 29.  Defendants Verizon Wireless and LiveVox were not added as parties to the case when the mediator was appointed.  The parties have not agreed upon a place, date, or time form mediation.

e) **Have the parties engaged in informal settlement negotiations? If not, explain the reasons for the failure to do so. If yes, state the status of such negotiations (*e.g.*, ongoing, impasse, etc.) and the relative prospects for resolution through informal means.**

The parties are engaged in informal settlement negotiations. The status of the negotiations is ongoing.

f) **Described the status of discovery conducted to date, and identify whether the parties reasonably believe that they will be able to complete discovery by the Court's deadline. If not, explain the reasons.**

Plainiff has propounded discovery to UCB, who has responded. Plaintiff and UCB have also conducted deposition discovery. Defendants Verizon Wireless and LiveVox are newly-added parties to the case and have not, therefore, engaged in substantive discovery to date. It is anticipated that the parties will be able to complete discovery by the November 19, 2013 deadline to complete discovery.

g) **Identify any other issues that the Court should be aware of that may affect the resolution of this matter or the schedule is currently set.**

Upon review of the facts alleged in the Second Amended Complaint, one or more of the newly-added Defendants may seek leave to file cross-claims.

Dated: May 13, 2013

Respectfully submitted,

/s/ Donald A. Yarbrough  
Donald A. Yarbrough, Esq.  
P.O. Box 11842  
Ft. Lauderdale, FL 33339  
Tel: 954-537-2000  
Fax: 954-566-2235  
E-mail: don@donyarbrough.com  
*Attorney for Plaintiff*

/s/ Charles McHale  
Charles McHale, Esq. (Fla. Bar. No. 26555)  
Dale T. Golden, Esq.  
Golden & Scaz, PLLC  
201 North Armenia Avenue  
Tampa, FL 33609  
Tel: 813-251-3632  
Fax: 813-251-3675  
*Attorneys for United Collection Bureau, Inc.*

2

| | |
|---|---|
| /s/ Nathaniel P. T. Read | /s/ Robert J. Alwine |
| Nathaniel P. T. Read, Esq. (*pro hac vice*) | Robert J. Alwine, Esq. (Fla. Bar No. 0404179) |
| nread@cohengresser.com | ralwine@mak-lawyers.com |
| Cohen & Gresser LLP | MANOS, ALWINE & KUBILIUN, P.L. |
| 800 Third Avenue, 21st Floor | 1001 Brickell Bay Drive, Suite 1200 |
| New York, New York 10022 | Miami, FL 33131 |
| Tel.: (212) 957-7600 | Tel: (305) 341-3100 |
| Fax: (212) 957-4514 | Fax: (305) 341-3102 |
| | *Counsel for Verizon Wireless* |

-and-

Joel L. Shulman (Fla. Bar No. 389242)
Joel.shulman@gmlaw.com
Greenspoon Marder, P.A.
100 West Cypress Creek Road, Suite 700
Fort Lauderdale, Florida 33309
Tel.: (954) 267-8018
Fax: (954) 267-8019
*Counsel for Defendant LiveVox, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY hereby certify that on June 12, 2013, the foregoing document was delivered by method indicated and to those counsel listed on the attached service list.

/s/ Robert J. Alwine
Robert J. Alwine

4

**SERVICE LIST**
Mais v. United Collection Bureau, Inc., et. al.
Case No.: 12-CV-61961 Rosenbaum/Hunt
United States District Court for the Southern District of Florida

**Dale T. Golden, Esq.**
Golden & Scaz, PLLC
201 North Armenia Avenue
Tampa, FL 33609
Tel: 813-251-3632
Fax: 813-251-3675

*Attorneys for United Collection Bureau, Inc.*

[Via CM/ECF]

**Donald A. Yarbrough, Esq.**
P.O. Box 11842
Ft. Lauderdale, FL 33339
Tel: 954-537-2000
Fax: 954-566-2235
E-mail: don@donyarbrough.com

*Attorney for Plaintiff*

[Via CM/ECF]

**Nathaniel P. T. Read, Esq.**
nread@cohengresser.com
Cohen & Gresser LLP
800 Third Avenue, 21st Floor
New York, New York  10022

**Joel L. Shulman, Esq.**
Joel.shulman@gmlaw.com
Greenspoon Marder, P.A.
100 West Cypress Creek Road, Suite 700
Fort Lauderdale, Florida 33309

*Counsel for Defendant LiveVox, Inc.*

[Via CM/ECF]