UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-61961-CIV-ROSENBAUM/HUNT

MARK S. MAIS,

      Plaintiff,

v.

UNITED COLLECTION BUREAU, INC., and
and JOHN DOE,

      Defendants.
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Allene D. Nicholson, Esq., on December 5, 2013, at 2:30 p.m. at #170, 110 Southeast 6 Street, Fort Lauderdale, Florida. This date has been agreed to by the mediator and the parties and shall not be rescheduled without leave of the Court.

**DONE and ORDERED** at Fort Lauderdale, Florida, this 10th day of September 2013.

_____
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies to:

Mediator
Counsel of record