```
              UNITED STATES DISTRICT COURT FOR THE SOUTHERN
                         DISTRICT OF FLORIDA


                       CASE NO.   : 12-61961-CIV-ROSENBAUM


MARK S. MAIS

                                  NOTICE OF MEDIATION CONFERENCE DATE
      Plaintiff(s),

vs.

UNITED COLLECTION BUREAU, ET AL.


      Defendant(s).
*******************************

      DATE AND TIME:   12/05/2013 Thursday 2:30 P.M.*

      LOCATION:        Florida Mediation Group
                       110 SE Sixth Street
                       Suite 170
                       Ft. Lauderdale, FL 33301 954-522-9991

      MEDIATOR:        Certified Mediator / Florida Mediation Group, Inc.
                        Allene D. Nicholson, Esq.
                       The mediator is a neutral and may not act as an
                       advocate for any party.

      FEES:            FINAL PAYMENT DUE WITH IN 10 DAYS OF THE MEDIATION:
                       SEE ATTACHED

      SUMMARY:         The parties are requested to present a SUMMARY of
                       facts and issues to the Mediator five days prior to
                       the scheduled Mediation Conference.

      NOTICE:          Please notify FLORIDA MEDIATION GROUP immediately of
                       any scheduling problems.  If this is Court Ordered,
                       all parties must agree to cancel and/or reset the
                       Mediation.

      *3 HOURS HAVE BEEN RESERVED FOR THE MEDIATION.  IF YOU
      THINK YOU WILL NEED MORE TIME, PLEASE CALL US IMMEDIATELY.

                                     s/Allene D. Nicholson
                                     Florida Bar Number 201553
                                     Email mediate@floridamediation.com
                                     FLORIDA MEDIATION GROUP, INC.
                                     44 West Flagler Street
                                     19th Floor
                                     Miami, Florida 33130
                                     (305) 579-9990 Fax 579-9991
                                     FMG File No.: 0-93811
```

```
                                         PAGE 2.
CASE NO.      : 12-61961-CIV-ROSENBAUM
FMG FILE NO.  : 0-93811
PLAINTIFF     : MAIS


Copies on September 11, 2013 to:

Donald A. Yarbrough, Esq.
Law Office Donald A. Yarbrough
P.O. Box 11842
Ft. Lauderdale  FL  33339-1842
954-534-2000 Fax 954-566-2235

Joel L. Shulman, Esq.
Greenspoon Marder, P.A.
100 West Cypress Creek Road
Suite 700
Ft. Lauderdale  FL  33309
954-267-8018 Fax 954-267-8019

Nathaniel P.T. Read, Esq.
Cohen & Gresser
800 Third Avenue
New York  NY  10022
212-957-7069 Fax 954-212-957-4514

Dale T. Golden, Esq.
Golden Scaz Gagain
201 North Armenia Avenue
Tampa  FL  33609
813-251-5500 Fax 813-251-3675

Charles J. McHale, Esq.
Golden Scaz Gagain
201 North Armenia Avenue
Tampa  FL  33609
813-254-5500 Fax 813-251-3675

Robert J. Alwine, II, Esq.
Manos, Alwine & Kubiliun
1001 Brickell Bay Drive
Suite 1200
Miami  FL  33131
305-341-3100 Fax 305-341-3102
```